UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>PC Connection, Inc.</u>

    v.                           Civil No. 10-cv-348-LM

<u>Dayton Crabtree</u>

PROCEDURAL ORDER: PRELIMINARY INJUNCTION HEARING

A hearing on the motion for preliminary injunction has been scheduled for October 5, 2010, at 10:30 a.m.

On or before 3 p.m. on October 4, 2010, each party shall file a witness list and an exhibit list.

On or before 3 p.m. on October 4, 2010, the plaintiff shall file a proposed order in compliance with Rule 65 and Local Rule 65.1. The order shall specifically address the amount of the bond, if any, under Rule 65(c).

SO ORDERED.

                                              _____
                                              Landya B. McCafferty
                                              United States Magistrate Judge

Dated: September 30, 2010

cc:  Steven E. Grill, Esq.
     Anne E. Trevethick, Esq.
     Dayton Crabtree, pro se