UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


PC Connection, Inc.

v.                                    Civil No. 10-cv-348-LM

Dayton Crabtree

O R D E R


The court denies defendant's motion to appear

telephonically (Doc. No. 17), but will permit defendant to

appear by video conference.  Though defendant has not indicated

that he wishes to testify, plaintiff has reserved the right to

call defendant in its case in chief.  (Doc. No. 18).  Testimony

by telephone would not allow the court to observe the

defendant's demeanor and might impede plaintiff's ability to

effectively cross-examine defendant.  See Kiman v. New Hampshire

Dept. of Corrections, 2008 WL 649128, *4 (denying request for

testimony by telephone but allowing testimony by video

conference).


    SO ORDERED.

                            _____
                            Landya B. McCafferty
                            United States Magistrate Judge

Dated:  October 4, 2010

cc:  Anne E. Trevethick, Esq.
     Steven E. Grill, Esq.
     Dayton Crabtree, pro se